CURRIDEN, ARNESON & ANDERTON
Lisa A. Costello, Esq.
Nevada Bar No. 6260
7201 W. Lake Mead Blvd., Ste. 580
Las Vegas, NV 89128
Tel: 510-267-7200
Fax: 702-870-2886
lisa.costello@csaa.com
Attorneys for Plaintiff and Counter Defendant,
AAA NEVADA INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AAA NEVADA INSURANCE COMPANY, | Case No. 2:08-cv-827-RCJ-CWH |
| Plaintiff, | Consolidated with |
| v. | Case No.: 2:12-cv-01402-RCJ-CWH |
| VINH CHAU; LANG CHAU; DOES 1-20, and ROES 1-20, inclusive, | |
| Defendants, | **STIPULATION AND ORDER RE CONCLUDING MATTERS IN THIS CONSOLIDATED ACTION** |
| BENJAMIN D. BUENAVENTURA, JR., MARK FRANCIS D. BUENAVENTURA, FIDES B. PALAPAR, MARY CHRISTINE B. PANGILINAN, LAURA E. BUENAVENTURA, MARIA A. BUENAVENTURA, ROSALIND BACUS, and CLARA DELEON BUENAVENTURA, individually and as Special Administrators for the Estate of BENJAMIN BUENAVENTURA, | |
| Intervenors. | |

1

[820509v1]

**STIPULATION AND ORDER RE CONCLUDING MATTERS**
**IN THIS CONSOLIDATED ACTION**

IT IS HEREBY STIPULATED and AGREED between Plaintiff/Counter Defendant AAA NEVADA INSURANCE COMPANY, by and through its counsel, CURRIDEN, ARNESON & ANDERTON, and Defendant VINH CHAU, by and through his counsel COOPER LEVENSON, and Defendant LANG CHAU, by and through his counsel, COOPER LEVENSON, and Intervenors/Counter Claimants BENJAMIN BUENAVENTURA, JR., MARK FRANCIS D. BUENAVENTURA, FIDES B. PALAPAR, MARY CHRISTINE B. PANGILINAN, LAURA E. BUENAVENTURA, MARIA A. BUENAVENTURA, ROSALIND BACUS, AND CLARA DELEON BUENAVENTURA (individually and as Special Administrator for the Estate of Benjamin Buenaventura) by and through their counsel, CHRISTENSEN LAW OFFICES:

1. Plaintiff AAA Nevada Insurance Company's claims for Declaratory Relief were decided by this court on July 15, 2010 [94] when it granted summary judgment in favor of Plaintiff, AAA Insurance Company.
2. The Order dated November 26, 2013 [145] striking the summary judgment ruling was reversed by the 9th Circuit Court of Appeals on March 15, 2016 [176] and a Mandate was issued on April 7, 2106 [177].
3. As a result of the Mandate issued by the 9th Circuit [176-177] and spread upon the records of this Court by Order on Mandate dated April 28, 2016 [180], the Order dated November 26, 2013 [145] striking the summary judgment ruling should be vacated and the court should reinstate and allow access on the court docket to the Order granting summary judgment in favor of Plaintiff, AAA Insurance Company dated July 15, 2010 [94].
4. As to any counter claims filed by Intervenors, including Clara Buenaventura as the Special Administrator for the Estate of Benjamin Buenaventura, those shall be dismissed, with prejudice, at this time.
5. The consolidated action of *Buenaventura v Chau, et al*, Case No. 2:12-cv-01402-RCJ-

[820509v1]

CWH, was dismissed on June 30, 2016 [188].

6. Any other outstanding issues should be dismissed at this time.

7. Each party shall bear its own attorneys' fees and costs.

Dated this 18th day of July, 2016.

CURRIDEN, ARNESON & ANDERTON

_____

Lisa A. Costello, Esq.

Nevada Bar No. 6260

7201 West Lake Mead Blvd., Suite 580

Las Vegas, NV 89128

Attorneys for Plaintiff and Counter Defendant,

AAA Nevada Insurance Company



Dated this ___ day of July, 2016.

CHRISTENSEN LAW OFFICES

_____

Dawn Hooker, Esq.

Nevada Bar No. 7019

1000 S. Valley View Boulevard

Las Vegas, NV 89107

Attorneys for Intervenors and

Counter Claimants

1  Dated this 13th day of July, 2016.
2  COOPER LEVENSON, P.A.
3
4  _____
5  Joel F. Hansen, Esq.
6  Nevada Bar No. 1876
7  1835 Village Center Circle
8  Las Vegas, NV 89134
9  Attorneys for Defendant,
10 VINH CHAU
11
12 Dated this 13th day of July, 2016.
13 COOPER LEVENSON, P.A.
14
15 _____
16 Jonathan J. Hansen, Esq.
17 Nevada Bar No. 7002
18 1835 Village Center Circle
19 Las Vegas, NV 89134
20 Attorneys for Defendant,
21 LANG CHAU

## ORDER

IT IS HEREBY ORDERED THAT:

1. The Order dated November 26, 2013 [145] striking the summary judgment ruling in favor of Plaintiff AAA Nevada Insurance Company is vacated.

2. The Order dated July 15, 2010 [94] granting summary judgment in favor of Plaintiff AAA Nevada Insurance Company is reinstated and shall be retrievable on the court docket.
3. The counter claims of Intervenors, including Clara Buenaventura as the Special Administrator for the Estate of Benjamin Buenaventura, are dismissed, with prejudice.
4. Each party shall bear its own attorneys' fees and costs.

DATED this 28th day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE

[820509v1]